UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JACK DEMPSAY,

    Plaintiff,

v.                                                        Case No: 5:24-cv-176-JSM-PRL

LEXISNEXIS RISK SOLUTIONS,
INC. and SAGESTREAM, LLC,

    Defendants.

## ORDER

This case is before the Court for consideration of Plaintiff Jack Dempsay's Unopposed Motion for Permission to File Reply. (Doc. 33). Plaintiff requests leave to file a five-page reply in support of his Motion to Compel Discovery (Doc. 31).

Accordingly, upon due consideration, Plaintiff's motion (Doc. 33) is **GRANTED** to the extent that he may file a five-page reply on or before **November 19, 2024**.

**DONE** and **ORDERED** in Ocala, Florida on November 12, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties